**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Anna Pawelczak
                           Plaintiff,

v.                                               Case No.: 1:09−cv−07160
                                                           Honorable Matthew F. Kennelly

RGS Financial, Inc., et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 23, 2010:

      MINUTE entry before Honorable Sidney I. Schenkier:The matter has been referred to this Court for a settlement conference, upon the recusal of the previously−assigned magistrate judge. The presiding district judge advises that the case now has settled. Accordingly, the referral is hereby terminated.Mailed notice(wyh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.