# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Anna Pawelczak

                              Plaintiff,

v.                                                       Case No.: 1:09−cv−07160
                                                            Honorable Matthew F. Kennelly

RGS Financial, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 24, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: Case is dismissed pursuant to settlement, with leave to reinstate on or before 4/7/2010. Status hearing set for 3/24/2010 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.